**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

KAREL MOLINA,

Petitioner,

v.

DAVID A. MARIN, et al.,

Respondents.

Case No. 5:26-cv-00956-JFW-DFM

Order Accepting Report and Recommendation of United States Magistrate Judge

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.

While no objections were filed by the deadline, Petitioner submitted two additional filings (a renewed motion for appointment of counsel, Dkt. 22, and an Amended Petition, Dkt. 23) within the objections period. To the extent Petitioner seeks to challenge the legality of his detention under 8 U.S.C. § 1231 or present other challenges not presented in his instant Petition, Petitioner should present those arguments via a new habeas petition filed in a new, separate action.

Accordingly, IT IS HEREBY ORDERED:

1. The Magistrate Judge's Report and Recommendation (Dkt. 18) is ACCEPTED and ADOPTED in its entirety.

2. The Petition for a Writ of Habeas Corpus is DENIED and this action is DISMISSED WITHOUT PREJUDICE.

Date: July 29, 2026

JOHN F. WALTER
United States District Judge